IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALFA INSURANCE CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV-17-510 |
| DOMETIC CORPORATION,<br>DOMETIC LLC, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF REMOVAL

The defendant Dometic Corporation ("Dometic"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 files this notice of removal of the above-styled cause to the United States District Court for the Southern District of Alabama on the basis of diversity of citizenship. In support of such removal, Dometic states as follows:

1. On October 23, 2017, the plaintiff Alfa Insurance ("Alfa") filed a complaint in the Circuit Court of Baldwin County, Alabama under Case Number 05-CV-2017-901201.00 (the "Complaint") against Dometic, Dometic LLC, and "Fictitious Defendants A, B and C, being those individuals, and/or entities responsible for the design, manufacture, distribution and/or otherwise placing into the stream of commerce the refrigerator installed in the subject RV as described herein" (the "Fictitious Defendants"). A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

1

2.     In its Complaint, Alfa, as subrogee, seeks to recover damages stemming from monetary payments it made to its insured pursuant to an insurance policy affording coverage for property damage from a motorhome fire that was sustained by its insured.

## PARTIES

3.     Upon information and belief, at the time this action was filed and at the time this Notice of Removal is filed, Alfa was and is a corporation organized in the state of Alabama with its principal place of business in Alabama. *See* **Exhibit 1** ¶ 1.

4.     At the time this action was filed and at the time this Notice of Removal is filed, Dometic was and is a Delaware corporation with its headquarters and principal place of business in the state of Kentucky.

5.     At the time this action was filed and at the time this Notice of Removal is filed, Dometic LLC was and is no longer in existence, having been merged into Dometic on December 18, 2012.  A true and accurate copy of State of Delaware Certificate of Merger is attached hereto as **Exhibit 2**.

6.     As stated above, Alfa's Complaint names as defendants the Fictitious Defendants. Upon information and belief, none of the Fictitious Defendants have been identified and/or served with process, and are thus not parties to this action. For purposes of removal, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(a).

## JURISDICTION

7.     This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1441 because this action originally could have been filed in this Court pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between Alfa and Dometic, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

8. Here, Alfa seeks the recovery of damages and certain other losses caused by the fire for which it made loss payments in the amount of $196,623.32. See **Exhibit 1** ¶ 7. Thus, the amount in controversy exceeds the statutory threshold of $75,000, exclusive of interests and costs.

9. Because there is complete diversity between Alfa and Dometic and the amount in controversy exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs, diversity jurisdiction exists in this action.

10. This case is a suit of a wholly civil nature brought in Alabama state court. Pursuant to 28 U.S.C. §1441(a), this civil action may be removed by Dometic to this Court. Because Alfa filed this action in the Circuit Court of Baldwin County, Alabama, the United States District Court for the Southern District of Alabama is the appropriate venue for removal of the state court action because it is the "district and division embracing the place where such action is pending." 28 U.S.C. §1441(a), 1391(a).

11. Accordingly, this Court has original jurisdiction over the Complaint, and removal to this Court from the Circuit Court of Baldwin County, Alabama is proper, pursuant to 28 U.S.C. §§ 1332 and 1441, respectively.

12. Dometic received a courtesy copy of the Complaint on October 24, 2017 and was served with process by certified mail on October 30, 2017. Pursuant to 28 U.S.C. §1441(b), this Notice of Removal is timely filed within thirty (30) days after receipt of the Complaint.

13. A copy of this Notice of Removal will be served on Alfa and filed with the Clerk of the Circuit Court of Baldwin County, Alabama as required by 28 U.S.C. §1446(d).

14. A copy of the Circuit Court's electronic docket sheet and the Circuit Court's entire file in this case, together with all process, pleadings, and order served upon Dometic in this case, is attached hereto as **Exhibit 3**, pursuant to 28 U.S.C. §1446(a).

WHEREFORE, Dometic respectfully requests that this Court assume jurisdiction over this action in accordance with 28 U.S.C. §§ 1332, 1441 and 1446.

By: /s/ Forrest C. Wilson III
FORREST C. WILSON, III   (WILSF6879)
swilson@mcdowellknight.com
McDowell Knight Roedder & Sledge
11 North Water Street, 13th Floor
Battle House Tower
Post Office Box 350 (36601)
Mobile, Alabama 36602

Keith Yamaguchi (pro hac vice to be filed)
Courtney DeBlis (pro hac vice to be filed)
200 West Madison Street, 16th Floor
Chicago, Illinois 60606

Attorneys for Defendant
Dometic Corporation

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2017, I electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF electronic filing system which will send notification of such filing to the following:

Michael C. Niemeyer
HAND ARENDALL LLC
Post Office Box 1499
Fairhope, Alabama 36533
Telephone: (251) 990-0079
Facsimile: (251) 210-0606
mnuiemeyer@handarendall.com

/s/ Forrest C. Wilson III